## Bill McINTURF v. STATE.
No. 18035.

Court of Criminal Appeals of Texas.
Oct. 16, 1935.

John E. Clarke, of Hillsboro, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for forty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.